THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
July 31, 2024

| | |
|---|---|
| DONALD FOREST | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:23-cv-00131-TWP-KMB |
| | ) |
| BAPTIST HEALTHCARE SYSTEM, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Donald Forrest, and Defendant, Baptist Healthcare System, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear his or its own attorney's fees, costs, and expenses.

Date this 29th day of July, 2024.

AGREED TO BY:

*/s/ Christopher S. Wolcott*
Christopher S. Wolcott
The W0lcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN 46240
(317) 500-0700
indy2buck@hotmail.com

COUNSEL FOR PLAINTIFF

*/s/ Erin M. Shaughnessy*
Megan R. U'Sellis
Erin M. Shaughnessy
FISHER & PHILLIPS, LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3963
Facsimile: (502) 561-3963
Email: musellis@fisherphillips.com
eshaughnessy@fisherpillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, the foregoing *Stipulation of Dismissal with Prejudice* was filed via the Court's CM/ECF e-filing system, which will send a notice of electronic filing to the following:

Megan R. U'Sellis
Erin M. Shaghnessy
FISHER & PHILLIPS, LLP
musellis@fisherphillips.com
eshaughnessy@fisherphillips.com

/s/ Christopher S. Wolcott